**Robert K. Perrin, Plaintiff-Appellee, v. Ruth L. Perrin, Defendant-Appellant.**

**Gen. No. 11,275.** 

Second District, First Division.

June 24, 1959.

Released for publication July 10, 1959.

B. P. Reese, Jr. (B. P. Reese, Jr., of counsel) for defendant-appellant; John B. Anderson, John C. Layng, for plaintiff-appellee. Opinion by JUSTICE DOVE. Not to be published in full.